UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RACHELL LYNN QUIGLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:14-CV-335-PLR-HBG |
| | ) |
| MONDELEZ INTERNTIONAL INC., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the court on the plaintiff's motion to transfer this matter to the Middle District of Tennessee [R. 3]. In support of the motion, plaintiff states that counsel inadvertently and mistakenly filed the complaint in the Eastern District of Tennessee, Knoxville Division. The motor vehicle accident at issue took place in Cumberland County, Tennessee, so the case should properly be before the Middle District of Tennessee, Northeastern Division. Plaintiff further states that the Clerk has not issued summons, and defendants have not been served with process.

28 U.S.C. § 1404 permits transfer of a case for the convenience of parties and witnesses, and in the interest of justice. The district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented. *Id*.

For the good cause stated by plaintiff, the court finds that this action should be transferred to the Middle District of Tennessee, Northeastern Division, and the plaintiff's motion for transfer [R. 3] is hereby **GRANTED.**

This matter is **TRANSFERRED** to the United States District Court for the Middle District of Tennessee, Northeastern Division, pursuant to 28 U.S.C. § 1404.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**